BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS

SEP 17 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR 19-297 N BLW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 113(a)(8) and 1153 |
| BRIAN QUILLY LOZON, AKA BRIAN ROSE QUIL-QUIL-POO LOZON, | |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

**Strangulation**
**18 U.S.C. §§ 113(a)(8) and 1153**

On or between June 10, 2019 and June 27, 2019, in the District of Idaho and within the boundaries of the Coeur d'Alene Indian Reservation the defendant, BRIAN QUILLY LOZON, AKA BRIAN ROSE QUIL-QUIL-POO LOZON, an Indian, did knowingly and intentionally assault A.M.G., an Indian, who was an intimate partner and dating partner, by strangling and

INDICTMENT - 1

attempting to strangle her, in violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

Dated this 17 day of September, 2019.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

[signature: J. Whelan for]
BRYCE B. ELLSWORTH
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2